**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**


ERIC D. PERRY                                                                            PLAINTIFF

V.                                           3:10CV00097 WRW/JTR

RICHARD BUSBY, Sheriff,
Crittenden County Detention Center, et al.                              DEFENDANTS


<u>**ORDER**</u>

The Court has reviewed the Proposed Findings and Recommended Disposition submitted

by United States Magistrate Judge J. Thomas Ray.  After carefully considering these documents and

making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings

and Recommended Disposition should be, and hereby are, approved and adopted in their entirety

as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      The June 16, 2010 Recommended Partial Dismissal (Doc. No. 11) is VACATED.

2.      Plaintiff's Motion for Voluntary Dismissal (Doc. No. 14) is GRANTED, and this case

is DISMISSED, WITHOUT PREJUDICE.

3.      All other pending motions are DENIED as MOOT.

4.      The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis*

appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 8thday of July, 2010.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE