**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ERIC D. PERRY                                                                                          PLAINTIFF

V.                                            3:10CV00097 WRW/JTR

RICHARD BUSBY, Sheriff,
Crittenden County Detention Center, et al.                                          DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is VOLUNTARILY DISMISSED, WITHOUT PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 8th day of July, 2010.

                                                                /s/Wm. R. Wilson, Jr.
                                                        UNITED STATES DISTRICT JUDGE