**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ERIC D. PERRY                                                              PLAINTIFF

V.                                3:10CV00097 WRW/JTR

THEREASA BONNER, Chief Jailer,
Crittenden County Detention Center, et al.                         DEFENDANTS

**INITIAL SCHEDULING ORDER**

Defendants have filed their Answer providing their full and correct names. *See* docket entry #34. The Clerk will be directed to amend the docket sheet accordingly. Additionally, the Court will give the parties 90 days to *complete* discovery and 120 days to file any dispositive motions.[1]

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to amend the docket sheet to reflect that Defendant Thereasa Bonner is "Theresa Bonner."

2. The parties shall complete discovery **on or before December 23, 2010,** and file any dispositive motions **on or before January 24, 2011.**

Dated this 27th day of September, 2010.

                                                    /s/ J. Thomas Ray
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] This means that the parties must send their final discovery requests to the opposing side so that they have the full amount of time, as provided by the Federal Rules of Civil Procedure, to respond before the discovery deadline expires. For instance, Fed. R. Civ. P. 33(b)(2) states that a party has 30 days to respond to interrogatories. Thus, the parties must send their final interrogatories to the opposing side *at least* 30 days before the expiration of the discovery deadline