**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ERIC D. PERRY                                                                                             PLAINTIFF

V.                                          3:10CV00097 BRW/JTR

THERESA BONNER, Chief Jailer
Crittenden County Detention Center, et al.                                      DEFENDANTS

## ORDER

Defendants have filed a Motion for Summary clarifying that Defendant Lindsey's correct name is "Lindsey Peterson." *See* docket entries #38 and #39.

IT IS THEREFORE ORDERED THAT the Clerk is directed to amend the docket sheet to reflect that Defendant Lindsey is Lindsey Peterson.

Dated this 18th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE