**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**


ERIC D. PERRY                                                                                    PLAINTIFF

V.                                             3:10CV00097 BRW/JTR

THERESA BONNER, Chief Jailer,
Crittenden County Detention Center, et al.                                         DEFENDANTS


**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted

by United States Magistrate Judge J. Thomas Ray.  No objections have been filed.  After careful

review, the Court concludes that the Proposed Findings and Recommended Disposition should be,

and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.       Defendants' Motion for  Summary Judgment (docket entry #37) is GRANTED, and

this case is DISMISSED, WITH PREJUDICE.

2.       The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis*

appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 19th day of April, 2011.


                                                        /s/Billy Roy Wilson
                                              UNITED STATES DISTRICT JUDGE