# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ERIC D. PERRY                                                                                           PLAINTIFF

V.                                       3:10CV00097 BRW/JTR

THERESA BONNER, Chief Jailer,
Crittenden County Detention Center, et al.                                           DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE, and Judgment is entered in favor of Defendants on all claims set forth herein. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 19th day of April, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE